## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:

SARAH BAXTER HILL,                              CASE NO. 14-06783-5-SWH
                                                CHAPTER 13
    DEBTOR

## WITHDRAWAL OF OBJECTION TO CLAIM

    Now comes the debtor, by and through undersigned counsel, and withdraws without prejudice her Objection (Doc 20) to Court Claim #7 and shows the Court that the debtor and current mortgage servicer are attempting to work out terms of a loan modification and the Debtor believes it is appropriate to withdraw the objection without prejudice at this time.

    WHEREFORE, the debtor withdraws without prejudice her Objection (Doc 20) to Court Claim #7.

    Dated: August 21, 2017.

    SASSER LAW FIRM

    By: s/ Travis Sasser
    Travis Sasser, State Bar No. 26707
    2000 Regency Parkway, Suite 230
    Cary, N.C. 27518
    Tel: 919.319.7400
    Fax: 919.657.7400

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing Withdrawal was served on the entities listed below at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party, electronic transmission, pursuant to Local Rule 5005-4(9)(b).

Trustee
*Served Electronically*

Planet Home Lending, LLC
c/o S. Troy Staley, Esq.
*Served Electronically*

Sarah Hill
2611 S. Alston Avenue
Durham, NC 27713

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2017.

                                              SASSER LAW FIRM

                                              By: s/ Travis Sasser
                                              Travis Sasser, State Bar No. 26707
                                              2000 Regency Parkway, Suite 230
                                              Cary, N.C. 27518
                                              Tel: 919.319.7400
                                              Fax: 919.657.7400